# Third District Court of Appeal

## State of Florida

Opinion filed July 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0171
Lower Tribunal No. F20-12638B

_____

## Daniel J. Smith, a/k/a Tony Smith,

Appellant,

vs.

## The State of Florida,

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Daniel J. Smith, a/k/a Tony Smith, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Sutton v. Fla. Parole Comm'n</u>, 975 So. 2d 1256, 1260 (Fla. 4th DCA 2008) ("[R]ule 3.800(a) is designed for judges to correct an improperly *imposed* sentence. It is not intended to remedy later errors by the agencies charged with administering the sentence imposed. If the agency incorrectly administers a sentence legally imposed so that the prisoner spends more time in prison than the sentence provides, his remedy is within the agency first and, if not corrected by the agency, on judicial review by extraordinary writ."); <u>see also</u> <u>Jackson v. State</u>, 983 So. 2d 562, 572–73 (Fla. 2008) (providing non-exhaustive list of sentencing errors cognizable by motion under rule 3.800(b)).